An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ERNEST BRADLEY AGUILAR; AND
ERNEST SUNDERLAND AGUILAR,
Appellants,
vs.
STEPHEN TANNER HANSEN; AND
CLARK LEFEVRE,
Respondents.

No. 67808

**FILED**

MAY 1 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed.[1] The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Matt Pinlin_

cc: Hon. Ronald J. Israel, District Judge
Lewis Roca Rothgerber LLP/Las Vegas
Hall Jaffe & Clayton, LLP
Bowen Law Offices
Eighth District Court Clerk

---

[1]Appellants' motion for an extension of time to file the docketing statement is denied as moot.

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-14604